IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| SCOTT JOBBER, | ) | Civil Action No. 2:19-cv-169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PLUMROSE USA, INC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON JOINT STIPULATION TO EXTEND DEADLINES

This matter comes before the Court on the Parties' Joint Stipulation to Extend Deadlines, filed September 30, 2020. The Court, being fully advised, finds that the stipulation should be granted.

THEREFORE, IT IS SO ORDERED that the Parties' stipulation to extend the deadlines in this case shall be granted as follows:

| | |
|---|---|
| **Discovery/Depositions:** | **November 20, 2020** |
| **Motions, including summary judgment motions but excluding motions relating to the conduct of the trial:** | **December 18, 2020** |
| **Case ready for trial:** | **April 5, 2021** |

DATED  October 1, 2020            /s/ William K. Sessions III
                                  U.S. District Court Judge